H. H. Thornton, W. K. Hyer and Peter Knowles, Plaintiffs in Error, vs. John Johnson, Defendant in Error.

Writ of Error to Circuit Court Escambia county.

*Maxwell & Maxwell*, for Plaintiffs in Error.

*James D. Thompson*, for Defendant in Error.

This was an action of replevin brought by H. H. Thornton against John Johnson. On the trial the jury found for the defendant. Judgment was rendered against the plaintiff, and W. K. Hyer and Peter Knowles as sureties on the replevin bond, and they take writ of error. The judgment is affirmed.

Decision Per Curiam.